# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>              Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*.,<br><br>              Plaintiff,<br><br>    v.<br><br>Robert Biscardi, Jr.,<br><br>              Defendant. | Adversary Proceeding<br>Case No. 19- 51048 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF OHIO        )
                             ) ss
COUNTY OF FRANKLIN  )

I, Angela Chachoff, being duly sworn, depose and state:

1.    I am a Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2

2.    On January 6, 2021, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Order Assigning Adversary Proceeding to Mediation and Appointing Mediator** [Docket No. 28] to be served by e-mail on the party identified on Exhibit A annexed hereto (Defendant).

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
13th day of January, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires: March 21, 2024

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ROBERT BISCARDI JR | 7210 JORDAN AVE | | | | CANOGA PARK | CA | 91303 |